**FILED**
**CLERK**

3:54 pm, Dec 17, 2018

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

REGINA DE LA CRUZ CASTANEDA,

                        Plaintiff(s),

        -against-

THE COUNTY OF SUFFOLK and SUFFOLK
COUNTY POLICE DEPARTMENT,

                        Defendant(s)
-------------------------------------------------------------------------X

**NOTICE**

Case No. CV -15-0185 (ADS)

Notice is hereby given to:

Steven J. Moser, Esq.

There has been no activity in this case regarding the above named case since April 21, 2017.

Plaintiff's counsel is requested to inform the Court within ten (10) days of this notice, why an order

should not be entered dismissing this action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Please send your response via ECF.  Plaintiff's counsel is requested to respond on or before

**December 27, 2018.**

Dated: December 17 , 2018
       Central Islip, New York

_____
Mary Ellen Kirchner
Courtroom Deputy to
Hon. Arthur D. Spatt
1024 Federal Plaza
Central Islip, New York 11722
(631) 712-5625