| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>U.S. MAGISTRATE JUDGE | DATE: 7/16/2020<br>TIME: 11:00 am |

CASE:  **CV 15-0185 (DRH) De La Cruz Castaneda v. Suffolk County et al**

TYPE OF CONFERENCE:   STATUS                             FTR:

APPEARANCES:
   For Plaintiff:   Steven Moser

   For Defendant: Hope Gabor

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Status conference held. Plaintiff's counsel will make a motion to withdraw as counsel on or before July 23, 2020.  Next status phone conference:  September 2, 2020 at 10:30am.   Plaintiff's counsel is directed to serve a copy of this order on his client along with any motion papers.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

   9/2/2020 at 10:30 am           : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**


                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge