| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 9/10/2020 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 10:30 am |

CASE:  **CV 15-0185 (DRH) De La Cruz Castaneda v. Suffolk County et al**

TYPE OF CONFERENCE:  MOTION            FTR:

APPEARANCES:
    For Plaintiff:   Steven Moser

    For Defendant: Hope Gabor

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Oral argument on Plaintiff's counsel's motion to withdraw is adjourned for convenience of Plaintiff as explained by Plaintiff's counsel. Oral argument is to be held by phone at the following number: 1-877-336-1829. Plaintiff is ordered to appear. Plaintiff's counsel will serve a copy of this order on Plaintiff and file proof of service.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

     9/22/2020 at 11:30 am            : Oral Argument

.
**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                   SO ORDERED

                                   /s/Steven I. Locke
                                 STEVEN I. LOCKE
                                 United States Magistrate Judge