| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 9/22/2020 |
| --- | --- |
| U.S. MAGISTRATE JUDGE | TIME: 11:30 am |

CASE: **CV 15-0185(DRH) DeLaCruz Castaneda v. Suffolk County et al**

TYPE OF CONFERENCE: MOTION                                             FTR:

APPEARANCES:
　　　For Plaintiff: <u>Steven Moser (with Henry Castaneda)</u>

　　　For Defendant: <u>Hope Gabor</u>

## THE FOLLOWING RULINGS WERE MADE:

☐　Scheduling Order entered.

☐　The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　Other: Motion hearing held. Plaintiff's counsel's motion to withdraw, DE [37], is granted on consent. Next tele-status conference is set for December 2, 2020. If the parties file a stipulation of discontinuance before the conference, the conference will be cancelled.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

　　　<u>    12/2/2020 at 11:30 am        </u>: Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge